UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  
JONES, LISA MCCORMICK

Case No.: 16-15734-JNP  
Chapter: 7  
Judge: Jerrold N. Poslusny, Jr.

## NOTICE OF PROPOSED ABANDONMENT

Andrew Sklar, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | James J. Waldron, Clerk  
US Bankruptcy Court  
District of New Jersey  
PO Box 2067  
Camden, NJ 08101 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable Jerrold N. Poslusny, Jr. on October 11, 2016 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom No. __4C__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | 1020 Walnut Street, Collingdale, PA 19023 (FMV $155,000.00)  

Disney Vacation Club, 1390 Celebration Blvd, Celebration FL 34747 ($8,000) |
|---|---|

| Liens on property: | $116,513.00 - Midland Mortgage (1020 Walnut St.) |
|---|---|

| Amount of equity claimed as exempt: | $3,380.00 (1020 Walnut St.)  
$8,000.00 (Disney Vacation Club) |
|---|---|

Objections must be served on, and requests for additional information directed to:

Name:       Andrew Sklar, Chapter 7 Trustee

Address:    1200 Laurel Oak Road - Suite 102, Voorhees, NJ 08043

Telephone No.: 856-258-4050

```
                          United States Bankruptcy Court
                                District of New Jersey
In re:                                                              Case No. 16-15734-JNP
Lisa A. McCormick Jones                                             Chapter 7
         Debtor                      CERTIFICATE OF NOTICE
District/off: 0312-1          User: admin                 Page 1 of 2                  Date Rcvd: Sep 08, 2016
                              Form ID: pdf905             Total Noticed: 40


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 10, 2016.
db            +Lisa A. McCormick Jones,    1056 S. Black Horse Pike, Apt. J5,    Williamstown, NJ 08094-1932
516081948     +A Storage Depot,    1841 N Black Horse Pike,    Williamstown, NJ 08094-3464
516081949     +Academic Emergency Physicians Inc - Fitg,     c/o Balanced Healthcare Receivables, LLC,
               164 Burke St Ste 201,    Nashua, NH 03060-4783
516081950      Aqua Pennsylvania, Inc.,    762 W Lancaster Ave,    Bryn Mawr, PA 19010-3489
516081951     +Arcadia Recovery Bureau, LLC,    PO Box 6768,    Wyomissing, PA 19610-0768
516081952      Arcadia Reovery Bureau, LLC,    PO Box 6768,    Reading, PA 19610-0768
516081953      Arrow Financial Services, LLC,    5996 W Touhy Ave,    Niles, IL 60714-4610
516081956      Childrens Hospital Of Philadelphia,    PO Box 8500,    Philadelphia, PA 19178-8500
516081959     +Crozer Keystone Health System,    PO Box 9800,    Coral Springs, FL 33075-0800
516081962      Harris & Harris, Ltd,    111 W Jackson Blvd Ste 400,    Chicago, IL 60604-4135
516081961      Harris & Harris, Ltd,    111 W Jackson Blvd Ste 400 # B,    Chicago, IL 60604-4135
516081963      Home Depot Credit Services,    PO Box 790328,    Saint Louis, MO 63179-0328
516081966     +KML Law Group, PC,    Suite 5000 BNY Mellon Independence Cente,    701 Market St,
               Philadelphia, PA 19106-1538
516081968     +Life Watch,    10255 W Higgins Rd,    Rosemont, IL 60018-5608
516081969     +Linebarger Goggan Blair & Sampson, LLP,    1600 JFK Blvd Ste 910,    Philadelphia, PA 19103-2818
516081970     +Madison Court Apartments,    1056 S Black Horse Pike,    Williamstown, NJ 08094-1926
516081971      Mercy Physician Practice Network,    PO Box 824020,    Philadelphia, PA 19182-4020
516081972      Midland Mortgage,    PO Box 26648,    Oklahoma City, OK 73126-0648
516081974      OneMain Financial,    Bankruptcy Department,    PO Box 6042,    Sioux Falls, SD 57117-6042
516081975      PECO Customer Service Center,    PO Box 8699,    Philadelphia, PA 19101-8699
516081976      Penn Credit,    PO Box 1259, Dept 91047,    Oaks, PA 19456-1259
516081977      Penn Medicine,    PO Box 824406,    Philadelphia, PA 19182-4406
516081980     +Thomas E. Klein, MD, PC,    400 W Township Line Rd,    Havertown, PA 19083-5210
516081981     +Torres Credit Services,    27 Fairview,    Carlisle, PA 17015-3200
516081982      Unifund CCR Partners,    10625 Techwood Cir,    Blue Ash, OH 45242-2846
516081983     +University Of Pennsylvania Health System,    3400 Spruce St,    Philadelphia, PA 19104-4274
516081984      Verizon,    500 Technology Dr Ste 550,    Saint Charles, MO 63304-2225
516081985     +Xerox State and Local So,    PO Box 41819,    Philadelphia, PA 19101-1819

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Sep 08 2016 23:08:52      U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 08 2016 23:08:50      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
516081954     +E-mail/Text: bknotice@bhlmlaw.com Sep 08 2016 23:08:46      Blatt, Hasenmiller, Leibsker & Moore,
               1835 Market St Ste 501,    Philadelphia, PA 19103-2933
516081955      E-mail/Text: cms-bk@cms-collect.com Sep 08 2016 23:08:40      Capital Management Services, LP,
               698 1/2 S Ogden St,    Buffalo, NY 14206-2317
516081957     +E-mail/Text: apotter@philapark.org Sep 08 2016 23:09:33      City Of Philadelphia,
               Law Department,    PO Box 41818,    Philadelphia, PA 19101-1818
516081958     +E-mail/Text: ned-collections_bankruptcydocuments@comcast.com Sep 08 2016 23:09:20      Comcast,
               1 Comcast Ctr,    Philadelphia, PA 19103-2899
516081964      E-mail/Text: bankruptcy@icsystem.com Sep 08 2016 23:09:22      I.C. System Inc.,    PO Box 64437,
               Saint Paul, MN 55164-0437
516081965      E-mail/Text: cio.bncmail@irs.gov Sep 08 2016 23:08:29      Internal Revenue Service,
               PO Box 7346,    Philadelphia, PA 19101-7346
516081967      E-mail/Text: bnckohlsnotices@becket-lee.com Sep 08 2016 23:08:15      Kohl’s,    PO Box 3043,
               Milwaukee, WI 53201-3043
516081973     +E-mail/Text: mmrgbk@miramedrg.com Sep 08 2016 23:08:53      MiraMed Revenue Group, LLC,
               991 Oak Creek Dr,    Lombard, IL 60148-6408
516081978      E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Sep 08 2016 23:11:07      Regional Acceptance Corp,
               621 W Newport Pike,    Wilmington, DE 19804-3235
516081979      E-mail/PDF: gecsedi@recoverycorp.com Sep 08 2016 23:04:30      Synchrony Bank,
               ATTN: Bankruptcy Dept,    PO Box 965061,    Orlando, FL 32896-5061
                                                                                              TOTAL: 12

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516081960     ##+Gordon & Weinberg, PC,    1001 E Hector St Ste 220,    Conshohocken, PA 19428-2395
                                                                                              TOTALS: 0, * 0, ## 1

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked ’##’ were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor’s attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0312-1           User: admin                   Page 2 of 2                   Date Rcvd: Sep 08, 2016
                               Form ID: pdf905               Total Noticed: 40
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2016                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 8, 2016 at the address(es) listed below:
          Andrew   Sklar     on behalf of Trustee Andrew   Sklar andy@sklarlaw.com,
           NJ43@ecfcbis.com;heather@sklarlaw.com;sklar@remote7solutions.com
          Andrew   Sklar     andy@sklarlaw.com,
           NJ43@ecfcbis.com;heather@sklarlaw.com;sklar@remote7solutions.com
          Joshua I. Goldman    on behalf of Creditor    MidFirst Bank jgoldman@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Rex J. Roldan    on behalf of Debtor Lisa A. McCormick Jones roldanlaw@comcast.net
                                                                                             TOTAL: 4
```